**James E. BROWN, Petitioner,**

v.

**OFFICE OF PERSONNEL MANAGEMENT, Respondent.**

No. 03–3168.

United States Court of Appeals, Federal Circuit.

Nov. 13, 2003.

ON MOTION

*ORDER*

Upon consideration of the joint motion to voluntarily dismiss James E. Brown's petition for review.

IT IS ORDERED THAT:

(1) The stay of proceedings is lifted and the motion to dismiss is granted.

(2) Each side shall bear its own costs.

**Henry A. KORSZUN and Wojtek W. Borowski, Plaintiffs,**

and

**Compucloz Corporation, Plaintiff–Appellant,**

v.

**PUBLIC TECHNOLOGIES MULTIME-DIA, INC. (now known as My Virtual Model, Inc.), J.C. Penney Company, Inc., Mattel, Inc., Broderbund Software, Inc., and Lands' End, Inc., Defendants–Cross Appellants.**

No. 03–1544, 03–1588.

United States Court of Appeals, Federal Circuit.

Nov. 14, 2003.

ORDER

The parties having so agreed, it is

ORDERED that the proceeding is DISMISSED under Fed. R.App. P. 42(b), as to the cross appeal, 03–1588, only.